UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23 CR 472 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| DOMINIQUE GOLDSBY, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

     This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Jennifer D. Armstrong, regarding the change of plea hearing of Dominique Goldsby, which was referred to the Magistrate Judge with the consent of the parties.

     On August 23, 2023 the government filed a one count Indictment, charging Defendant Goldsby with, Distribution of Cocaine, in violation of 21 U.S.C. § 841 (a)(1), and (b)(1)(C). On August 30, 2023, Magistrate Judge Greenberg held an arraignment, during which Defendant Gondsby entered a plea of not guilty. On January 12, 2024 Magistrate Judge Armstrong received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

     Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

     On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Goldsby is found to be competent to enter a plea and to understand his constitutional rights. He is

aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Dominique Goldsby is adjudged guilty to count 1 of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on May 6, 2024 at 2:30 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 4, 2024